Rose Goldman and Another, Appellants, v. Brooklyn and Queens Transit Corporation, Respondent.— Order setting aside the verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

. Bessie Hacker, Appellant, v. William H. Hacker, Respondent.— On argument, judgment dismissing the complaint and order denying motion for a new trial reversed on the law and the matter remitted to the Special Term for a determination on the complaint in so far as it sets forth a cause of action for a divorce, without prejudice to an application by defendant to open his default and plead. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.

Hollis Terrace Associates, Inc., Appellant, v. The Williamsburgh Savings Bank, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

In the Matter of the Arbitration of Certain Controversies between Common School District No. 9, Town of Islip, Suffolk County, New York, Now Union Free School District No. 9 of the Town of Islip, Suffolk County, New York, Appellant, and E. Post Tooker and Another, Doing Business under the Firm Name of Tooker & Marsh, Architects, Respondents, under an Agreement for Arbitration Dated May 24, 1929.— Order confirming, as modified, award of arbitrators and judgment entered upon said order unanimously affirmed, with costs. It is conceded in the appellant's brief that the school district authorized an additional appropriation of $50,000 over and above the original appropriation of $192,000. These two appropriations aggregated a sum in excess of the cost of the work. This being so, the question of illegality of contract, in so far as concerns a sufficient appropriation to meet the cost of the work, is not of concern on this appeal. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Rehabilitate The First Mortgage Guaranty and Title Company. Reconstruction Finance Corporation, Appellant; President and Directors of The Manhattan Company, Respondent. — Order denying application to vacate order granting leave to offer for sale certain collateral securities affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of Eva Rosenbaum, Respondent, v. Irving M. Grishman and Another, Appellants.— Order denying the petitioner's motion to compel appellants to proceed with arbitration affirmed, with ten dollars costs and disbursements. Appeal from order denying motion for reargument dismissed. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.